IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARIO FRANKLIN,**

*Petitioner,*

v.   Cause No. 3:22-CV-599-CWR-MTP

**MARC MCCLURE,**

*Respondent.*

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on February 13, 2023. Docket No. 10. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the motion to dismiss is granted, and the Petitioner shall be given 30 days to file an amended petition that includes only the issues articulated in the Report and Recommendation. Should the Petitioner fail to amend his Petition within the deadline set by the Court, it shall be dismissed without prejudice.

**SO ORDERED**, this the 6th day of April, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE